# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2014

## NO. 03-12-00430-CV

**Kevin Bierwirth, Appellant**

**v.**

**Federal National Mortgage Association a/k/a Fannie Mae, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on May 21, 2012. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.